Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

Jacksonville Division



PRINTED TO
SANTA ROSA CI ON
AUG 03 2023
FOR MAILING BY

|  |  |
|---|---|
| Corian Jones | Case No. 3:23cv925-BJD-PDB |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

James Ficken
John Goodwin
(see attached)

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
2023 AUG -7 PM 11:38
FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

<u>"Continuation Page"</u>

<u>DEFENDANT(S)</u>

3) Ms. Debose
4) Ms. Lucus
5) Ricky D. Dixon
6) John Doe # 1
7) John Doe # 2
8) Jessica Punty

Corian Jones
DC# 155565

<u>"1983 CIVIL RIGHTS COMPLAINT"</u>
<u>FOR DAMAGES</u>

1) This is an action for damages under 42 U.S.C. § 1983 and § 1988...

2) This Court has jurisdiction under 28 U.S.C. § 1331 and § 1343...

3) Venue is asserted in the Middle District of Florida, Jacksonville Division, because Defendants are found, and cause of action arose here...

4) Plaintiff Jones was housed at Columbia Correctional Institution address from around about March 2021 to January 2022...

5) Plaintiff Jones, Corian, is and was at the times mentioned an adult citizen of the United States and a resident of the State of Florida...

6) Defendant James Ficken is employed at Columbia Correctional Institution as a (Rank) Correctional Officer for the Florida Department of Corrections...

7) Defendant John Godwin is employed at Columbia Correctional Institution as a (Rank of) Warden for the Florida Department of Corrections...

8) Defendant Debose is employed at Columbia Correctional Institution as a (Rank of) Nurse for the Florida Department of Corrections...

9) Defendant Lucus is employed at Columbia Correctional Institution as a (Rank of) Captain for the Florida Department of Corrections...

10) Defendant Ricky D. Dixon is employed at the Capital as a (Rank of) Secretary for the Florida Department of Corrections...

11) Defendant Jessica Punty is employed at Union Correctional Institution as a (Rank of) Doctor for the Florida Department of Corrections...

1 of 11

"Continuation Page"
"1983 Civil Rights Complaint"
for Damages

12) Defendant John Doe #1 is employed at Columbia Correctional Institution as a (Rank of) Medical Doctor for the Florida Department of Corrections...

13) Defendant John Doe #2 is employed at Columbia Correctional Institution as a (Rank of) Inspector for the Florida Department of Corrections...

14) This action arises under, and is brought pursuant to 42 U.S.C. § 1983 to remedy the deprivation under the color of State law, or rights guaranteed by the 8th and 14th Amendments to the United States Constitution... This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331...

15) The cause of action arose in the Middle District of Florida, Jacksonville Division therefore, venue is proper under 28 U.S.C. § 1391 (B)...

16) All individual defendants named above acted under color of law and within the course and scope of their employment...

DC# 455661

1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Corian Jones |
| All other names by which you have been known: | King Yehudah Ben Yahweh: YFs-ra-el |
| ID Number | DC# 455651 |
| Current Institution | Santa Rosa Correctional Institution |
| Address | 5850 E. Milton Road |
| | Milton            FL         32583 |
| | *City*          *State*      *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James Ficken |
| Job or Title *(if known)* | Correctional officer |
| Shield Number | N/A |
| Employer | Colubia Correctional Intitution (Annex) |
| Address | 216 South East Corrections way |
| | Lake City          FLA        32025 |
| | *City*          *State*      *Zip Code* |

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | John Goodwin |
| Job or Title *(if known)* | Warden |
| Shield Number | NXA |
| Employer | Columbia Correctional Institution (Annex) |
| Address | 216 South East Corrections way |
| | Lake City          FLA        32025 |
| | *City*          *State*      *Zip Code* |

☑ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | Ms. Lucas |
| Job or Title *(if known)* | Captain |
| Shield Number | N/A |
| Employer | Columbia Correctional Institution (Annex) |
| Address | 216 SouthEast Corrections Way |
| | Lake City _____ FLA _____ 32025 |
| | *City* _____ *State* _____ *Zip Code* |

☑ Individual capacity ☐ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Ricky ~~████~~ Dixion |
| Job or Title *(if known)* | Secretary |
| Shield Number | N/A |
| Employer | 501 South Calhoun Street |
| Address | Capital |
| | Tallahassee _____ FLA _____ 32329 |
| | *City* _____ *State* _____ *Zip Code* |

☑ Individual capacity ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Falsifing Legal Documents, Attempt to conspirey Corruption by withholding, Physical evidence, Sexual assualt,,, and deliberte indifference and Retaliation... False Imprisonment... Violating Due process...

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Page 3 of 11

(B.) Defendants

Conyers
DC# 485651

"Continuation page"

Defendant No. 5

Name: Ms. Debose
Job Title: Nurse
Shield Number: N/A
Employer: Columbia Correctional Institution (Annex)
Address: 216 SouthEast Corrections Way

Lake City    FLA    32025
City        State    Zip code

[✓] Individual capacity    [ ] Official capacity

Defendant No. 6

Name: John Doe #1
Job Title: Doctor (Medical)
Shield Number: N/A
Employer: Columbia Correctional Institution (Annex)
Address: 216 SouthEast Corrections Way

Lake City    FLA    32025
City        State    Zip code

[✓] Individual capacity    [ ] Official capacity

Defendant No. 7

Name: John Doe #2
Job Title: Inspector
Shield Number: N/A
Employer: Columbia Correctional Institution (Annex)
Address: 216 SouthEast Corrections Way

Lake City    FLA    32025
City        State    Zip code

[✓] Individual capacity    [ ] Official capacity

3 of 11

(B.) Defendants

DC# 455651

— "Continuation Page" —

Defendant No. 8

Name: Jessica Punty
Job Title: Medial Doctor
Shield Number: N/A
Employer: Union Correctional Institution
Address: Post Office Box 1000

Raiford _____ FLA _____ 32083
City         State      Zip code

[✓] Individual Capacity      [ ] Official capacity

3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The law requires that the state provide every prisoner with Due process of law... By withholding physical evidence at DR hearing and not correcting this error at the Secretary office the Defendant(s) Denied plaintiff due process of law according to the constitution... (See Attachment)

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner          *N/A*

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. (See attachment page)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. The events giving rise to this claim took place at Columbia Correctional Institution (Annex) on Dec 7, 2021 in front of T-Dorm...

— Continuation Page 4 of 11 —

"D." Further more, the law requires that all sexual assault cases be properly investigated and the results be made known and proper action taken to resolve the situation but the Inspector General Office fail to do so... Also, the medical Department is responsible to treat all injuries in a timely manner to prevent future injuries from occuring... The Head medical Doctor at Columbia C.I fail to treat plaintiff in a reasonable time frame and didn't provide him with the necessary front cuff pass to ensure that he makes a full recovery... The Head medical Doctor at Union C.I was fully aware of plaintiffs injury but did not provide him with the proper front cuff pass when he qualifies for the exception to the rule policy... This deliberate indifference caused plaintiff to have future problems with correctional officers that resulted in a use of force incident which caused further injury to his injured right arm... Capt. Lucus unprofessional conduct caused her to violate policy and procedures by ordering plaintiff to remove a medical issued bandage and arm sling and forcing his hands behind his back which caused further injury to an already injured arm causing it to be broken in three places... James Ficken falsified State documents by not complying with proper procedures outlined in the preperation of D.R and claiming that he alone was present when pat search took place... Security Cameras was call as a witness but was not present at D.R hearing...

DC# 458651

## STATEMENT OF CLAIM

### IV.

Jc# 455651

1) On Dec. 7, 2021 at or around about 12:00 - 2:00 PM plaintiff was outside in front of T-Dorm picking up trash, maintaining the beautiful landscape of the compound according to his job description, Inside Grounds...[ISG]...

2) Capt. Lucus, L.T Comacho, and C.O Ficken was standing on the walk way between gate 4/4 which sit in-between T-Dorm and S-Dorm...

3) As plaintiff was making his way down towards gate 4/4 picking up trash in front of T-Dorm, Capt. Lucus calls him over towards her...

4) As plaintiff was making his way towards them, Capt. Lucus, L.T Comacho, and C.O Ficken began to make their way through gate 4/4 and they all meet up in front of the storage room for inmate canteen...

5) Capt. Lucus asks plaintiff "What are you doing out here"...

6) Plaintiff responded "picking up trash...

7) Capt. Lucus states "Where do you work at"...

8) Plaintiff responded "Inside Grounds"...

9) Capt. Lucus asks "Why do you have that sling on your arm"...

10) Plaintiff reply's "I injured it playing basketball"...

11) Capt. Lucus for some strang reason becomes suspicious and orders plaintiff to remove the arm sling...

12) Plaintiff reply's "For what?", "I told you I injured it and it is swollen up"...

13) Capt. Lucus gives plaintiff another verbal order to remove the arm sling or physical force would be used...

14) Plaintiff wants to object due to the seriousness of the injury but did comply with the un-lawful order...

15) Capt. Lucus notice the arm bandage and orders plaintiff to remove it as well...

16) Plaintiff reply's "Are you serious, you can't see how swollen my arm is"...

17) Capt. Lucus states "I don't give a fuck about that, now take it off before I use force...

18) Plaintiff is hesi'tant but did comply to the un-lawful order given...

19) After plaintiff removes the bandage and it is determine that nothing is conceal inside Capt. Lucus orders him to put his hands behind his head and submit to a pat search...

20) Plaintiff informs Capt. Lucus that his arm is in alot of pain and it will cause further dis-comfort for his arm to be in that postion...

21) Capt. Lucus dis-regaurds plaintiff pleas for mercy and comes a little closer to help assist in making plaintiff put his hands behind his head to comply with pat search procedures...

OCH 455651

22). Plaintiff crys out in pain as Capt. Lucus helps force plaintiff hands behind his back...

23). Once plaintiff was in this un-comfortable position C.O Ficken began to conduct an illegal pat-search on ~~him~~ his person and as he was moving his hands up the leg of plaintiff he grabs hold of his private part...

24). Plaintiff instantly screams and begins to put up a struggle and all three officers grabs him in a aggressive and firm manner and forces his arms behind his back...

25). Plaintiff yells out in obvious pain due ~~to~~ to his right arm being in that un-comfortable position and the hand cuffs being to tight...

26). Capt. Lucus then radio's in to the control room that plaintiff is on his way to medical for pre-confinement pending "3-1 poss of weapon D.R."...

27). C.O Ficken grabs plaintiff by the arm and Capt. Lucus throws his arm sling and bandage around his neck and instructs C.O Ficken to ask the nurse does plaintiff has any documented physical injuries to his arm on file...

28). C.O Ficken escorts plaintiff through the medical lobby and sits him down in a chair in the hallway in front of the medical office...

29). Nurse Debose is the on call certified nurse who conducted the pre-confinement physical on plaintiff and she did witness the dis-comfort plaintiff was having due ~~to his~~ to his ~~arm~~ injured right arm being in that uncomfortable position behind his back...

30). Nurse Debose ask plaintiff what type of diet he was on and does he know how to fill out a sick call slip...

31). Plaintiff advised her that he was on a regular diet and yes he knows how to fill out a sick-call slip...

32). As nurse Debose was beginning to take plaintiff vital signs, C.O Ficken asks her does he has any documented injuries to his right arm and was he provided an arm sling by medical...

33). As the blood pressure machine was in progress nurse Debose took that time to re-view plaintiff medical chart...

34). Nurse Debose responded " Yes he does have a documented injury to his right arm and he has been put in to have X-rays done"....Also, it is documented that he was issued a arm sling to help suppose his arm until he gets seen by the doctor...

35). At that time plaintiff notified nurse Debose that his arm was in sever pain and asks her can she re-wrap the bandage and secure it back into the arm

2 of 5

IV.

DC# 455651

Sling for better support...

36) Nurse Debose un-wraps the blood pressure device from around his arm and totally ignores plaintiff's request for treatment and advises C.O Ficken that her pre-confinement physical is complete...

37) C.O Ficken instructs plaintiff to get up and grabs him by the arm to escort him out of medical when plaintiff asks nurse Debose again to re-wrap the bandage and secure it back into the arm sling for better support...

38) Nurse Debose responded "That's a security issue, I can't do nothing about that..."

39) Plaintiff realizes that his crys for help was in vain, so he ask her can she atleast provide him with some pain medication...

40) Nurse Debose responded that they will provide you with that in confinement...

41) Plaintiff was surprise and deeply hurt that the certified nurse didn't excersize her authority and give plaintiff the proper medical treatment he deserves by law...

42) On Dec 8, 2021 plaintiff was delivered a D.R by investigation officer Ms. B.L Sapp for 3-1 poss of weapon, log# 251-211569...

43) The statement of facts indicated that C.O Ficken was alone at gate 4/4 when he was conducting a random pat search on plaintiff when he discovered a homemade knife-like weapon clipped to the inner thigh area of his boxers...

44) C.O Ficken stated that he had to notify Capt. Lucus who authorized the report to be written...

45) Plaintiff fills out the evidence sheet and calls the camera for a witness and states what that camera will show...

46) On 12/14/2021 during the D.R hearing L.T Camacho and classification officer Mr. Douglass was present when plaintiff ask to see the video recording that he called for a witness...

47) The camera evidence was not available during D.R hearing and plaintiff was found guilty of 3-1 poss of weapon and sentenced to "30" days D.C...

48) Plaintiff appeals the teams decision on two grounds...

49) L.T Camacho was not suppose to be a member of the D.R team because he was present at the time the incident took place and the video camera evidence was not present for review...

50) Plaintiff files an Appeal to the warden Mr. John Godwin and he fail to review the camera and correct the injustice and denys the appeal...

IV.

DC# 455651

51). Plaintiff further exashalts the appeal to the secretary office, Mr. Ricky Dixion and his office reviews the evidence, (camera) and helps his partner in crime Mr. John Godwin cover up his illegal actions by withholding the video camera evidence that will prove for a fact that C.O Ficken falsified legal state documents, and sexually assualted plaintiff by grabing his private parts during an illegal pat search... Also, Ricky Dixion office did review the video in secret and knows for a fact that Capt. Lucus, L.T Camacho and C.O Ficken were all together during this incident and made a conscious decision to up hold the Warden John Godwin in his corruption by denying plaintiff appeal...

52). After two months of suffering with injuries plaintiff was finally placed on the call-out to have X-Rays done...

63). During the X-Ray evaluation it was determine that plaintiff right forearm was broken in several places...

54). Several days after X-Rays was taken plaintiff was finally able to see the Medical doctor who provided him with a temporary hand cast on his right arm until he gets seen by a bone specialist to determine if the bones was growing back properly or not...

55). Plaintiff was put on notice of C.M review and was put on CM 1 for 3-1 pass of weapon...

56). Plaintiff was immediately transfered to Union C.I on 1/8/22 which is 31" days after he arrived to confinement on 12/7/21...

57). Plaintiff was seen by the Head Medical Doctor at Union C.I, Ms. Jessica Punty to do a follow up check up on his medical file...

58). Ms. Jessica Punty notice the hard cast on plaintiff right arm and wondered why he hasn't been seen by a bone specialist yet...

59). Doctor Punty begin to schedule the appointment with the bone specialist to ensure that plaintiff broken arm wasn't growing back improperly...

60). During this visit with Doctor Punty plaintiff ask her for a front cuff pass to aviod future problem with D.O.C officials...

61). Doctor Punty replyed that per policy they are not allowed to give out front cuff passes anymore, unless you have a special condition that doesn't allow you to be hand cuff from the back...

62). Plaintiff states "Isn't my broken arm considered to be a special condition that requires a front cuff pass..."

IV.

DC# 455651

63). Doctor Punty states "It's completely obvious that you can not be hand cuff from the back with that cast on your arm so you don't have to worry about being cuff from the back..."

64) Plaintiff then asks her "What about when they take the cast off..." "My arm will still be in no shape to be placed behind my back for long periods of time..." plaintiff then informed her about the incident on July 17, 2019 when he was handcuff from the back and beat and stabbed for over "30" minutes and how he still feels the pain in his shoulders from that incident...

65) Doctor Punty states "Well, you will still have the bandage and the arm sling on so I don't think you will have an issue with that, but like I said per policy I am not allowed to give out front cuff passes...

66) Shortly after plaintiff visit with Doctor Punty he was transported to Lake Butler Medical Department to see the bone specialist and it was determine that the bones was still broke in three places with additional bones growing around the other broken bones to provide some type of support but it will still take some time to make a full recovery if you make one at all...

67) Plaintiff ask the bone specialist "What do you mean by that..."

68) The specialist stated that the bones are all in place but it will take some time to heal properly, it just depends on your body... Some people bone heal faster than others... He further advised plaintiff to keep the arm wrapped up and use the arm sling to keep the arm elevated but you (plaintiff) doesn't need the hard cast anymore...

69) Plaintiff was then transfered back to Union C.I to recover from his injuries...

70) Another call out was scheduled for plaintiff to see Doctor Punty for a follow up check up on his arm and an up date on all prescription pill i.e. phyic medication, high blood pressure meds etc. etc...

71) Plaintiff asks Doctor Punty again for a front cuff pass because now that the hard cast was off his arm he knows from experiance how evil Correctional officers can be so he wanted to make sure that he has a medical pass to show why he has to be hand cuff from the front...

72) Doctor Punty again refuse to provide plaintiff with a front cuff pass even though he qualifies for the exception to the hand cuff from the back policy...

73) The inspector General offices was notified and plaintiff was interviewed by (name unknown) to investigate the sexual assualt but this office fail to properly investigate allegations by (reviewing camera)...

5 of 5

## DECLARATION OF OATH

UNDER PENALTIES OF PERJURY, I Corian Jones DC# 455651, declare that I have read the foregoing Complaint "Statement of Claim" and that the facts stated in it are true and correct...

Pursuant to Florida Statutes, Chapter 92.525 on this 2 day of August 2023...

S/ Corian Jones
Corian Jones DC# 455651
Santa Rosa Correctional Institution
5850 E. Milton Road
Milton, FL 32583

STATE OF FLORIDA
COUNTY OF MILTON

Affirmed and signed before me on 8/2/23 by Corian Jones DC# 455651

NOTARY PUBLIC
(print, type, or stamp Commissioned of Notary)

GABRIEL C. JOHNSON
Notary Public
State of Florida
Comm# HH274469
Expires 6/9/2026

My Commission expires _____

___ personally known
✓ produced identification  FDC # 455651
___ type of identification produced _____

4 of 11

Pro Se 14 (Rev. 12/16 complaint for violation of civil rights (Prisoner)

DC# C455651

"C." What date and approximate time did the event giving rise to your claim(s) occur?
A: On Dec 7, 2021 at or around about 12:00 - 2:00 PM...

"D." What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone eles involved? Who eles saw what happened?)
A: I was out side in front of T- Dorm picking up trash when I was approached by Capt. Lucus, L.T Camacho and C.O Ficken... Capt. Lucus forced me to ▮▮▮▮▮▮▮ remove my bandage and arm sling from around my injured right arm and submit to a pat search that resulted in C.O Ficken sexually assualting me and when I put up a struggle all three officers aggressively and firmly forced my injured right arm behind my back which resulted in the arm being broken in three places... I was then escorted to medical for pre-confinement when I was seen by on duty nurse Ms. Debose... Nurse Debose witness the dis-comfort and pain I was in but refuse to properly treat me once she review my medical file and dis- covered that I had a legit▮▮▮ medical injury to my right arm that I was schedule to have X- Rays for...She allowed me to leave her presence without re-wrapping the injured ▮▮▮ arm and never provide me with any pain medication...C.O Ficken falsified a report for 3-1 poss of weapon... Capt. Lucus authorized the false report to be written... The physical evidence (video camera) was called into evidence but was not present at D.R Hearing... L.T Camacho sat it as a team ▮ member at D.R Hearing when he was personally involved at the time the infraction took place... I Appeal the D.R team guilty verdic to the warden "John Godwin", who had the change to review the video camera but refuse to provide any ▮▮▮▮ relief... I then appeal his descion to the Secretary office "Mr. Ricky Dixion who also had the opportunity to review the camera but choose to be in collusion with John Godwin and his corruption and denied the appeal with-out provided relief... The Inspector General (name un-known) conducted an inter- view with plaintiff concerning the allegations of sexual assualt but never made known the out come of the investigating therefore, depriving plaintiff of the relief he deserves by law...

DC# 453651

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive...

A: Plaintiff had an injured right arm that he was scheduled to see the doctor... Before plaintiff had the opportunity to get X-Rays taken he was encounterd by Capt. Lucus, LiT Camacho and C.O Ficken and was subject to a pat search that resulted in force being applied and ~~the officers~~ these officers forced his hands behind his back further injuring the arm... Plaintiff was escorted to medical for a pre-confinement physical and was seen by on duty nurse Ms. Debose... After nurse Debose reviewed plaintiff medical file it was determine that he did have a injury to his right arm that required X-Rays to be taken... plaintiff did complain to nurse Debose about the pain he was in and ask her to please re-wrap the arm and secure it back into the arm sling at which time she just ignores the request... As soon as the pre-confinement physical was complete and plaintiff was about to leave, he as nurse Debose can she provide him with pain medication and she stated that they will provide that for you in the confinement unit...

## VI. Relief

State briefly what you want the court to do for you... Make no legal arguments... Do not cite any cases or statutes... If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged... Explain the basis for these claims...

(A) Issue a declaratory judgement stating that:

(1) The unprofessional conduct that took place on Dec 7, 2021 that resulted in violation of due process, unnecessary use of force, sexual assualt, falsifying documents, with-holding physical evidence, Attempt to conspire, and corruption committed by correctional officer(s) under the color of state law for rights guaranteed by the 1st, 8th and 14th Amendments to the United States Constitution.

(2) Compensatory damages in the amount of $150,000 against Ricky Dixian only.

VI.

— Continuation page

## Relief

(3) Compensatory damages in the amount of $150,000 against John Godwin only.

(4) Compensatory damages in the amount of $150,000 against Ms. Debose only.

(5) Compensatory damages in the amount of $150,000 against James Ficken only.

(6) Compensatory damages in the amount of $150,000 against Ms. Lucus only.

(7) Compensatory damages in the amount of $150,000 against Jessica purdy only.

(8) Compensatory damages in the amount of $150,000 against John Doe #1 only.

(9) Compensatory damages in the amount of $150,000 against John Doe #2 only.

(10) Plaintiff also seeks punitive damages in the amount of $240,000 against all Defendants sued individually, attorney fees pursuant to 42 U.S.C. $1988 and cost of litigation.

(11) A trial by jury on all issues so triable such relief as justice may require as the court may deem just and proper.

4/5/5(25)

5 of 11

## CAUSE OF ACTION

Defendants James Ficken, John Godwin, Ms. Debose, Ms. Lucus, Ricky Dixion, Jessica Purdy, John Doe #1, John Doe #2 Enticed Deliberate Indifference When they violated due process of law and further committed acts of corruption under the color of law from the date of December 7, 2021 — March 2022...

## VERIFICATION

Plaintiff Corian Jones files this complaint and statement of facts under penalty of perjury that the forgoing is true and correct...

Executed on: 8 / 2 / 23

Respectfully Submitted

Corian Jones

Corian Jones DC# 455651
Santa Rosa Correctional Institution
5850 E. Milton Road
Milton FL; 32583

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Columbia Correctional Institution_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_N/A_

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Columbia Correction Institution (Annex) Secretary office...

2.    What did you claim in your grievance?
Falsifing legal documents, Attempt to conspires.

3.    What was the result, if any?
Denied, or returned...

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
I filed Appeals to the warden (Mr. John Goodwin) and the secretary office (Ricky Dixion)...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:



2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: The inspector's office was notified about the sexual assault... I was interview via. audio recorder at Union C.I but never got a response. about the claims... Also, there were No result that was made known about the investigation nor any action taken to resolve the matter...

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The Security Camera(s) will tell the truth about the matter...

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No    *Never filed other lawsuits*

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    N/A
Defendant(s)    N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*
N/A

3.    Docket or index number
N/A

4.    Name of Judge assigned to your case
N/A

5.    Approximate date of filing lawsuit
N/A

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)        _____ N/A _____
    Defendant(s)        _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____ N/A _____

3.  Docket or index number    _____ N/A _____

4.  Name of Judge assigned to your case    _____ N/A _____

5.  Approximate date of filing lawsuit    _____ N/A _____

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition    _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    _____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8/2/2023

Signature of Plaintiff     _Corian Jones_

Printed Name of Plaintiff     Corian Jones

Prison Identification #     DC# 455651

Prison Address     Santa Rosa Correctional Institution... 5850 E. Milton Road

_Milton_     _FC_     _32583_
City     State     Zip Code

### B.    For Attorneys

Date of signing:     N/A

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____
City     State     Zip Code

Telephone Number     _____

E-mail Address     _____

## CERTIFICATE OF SERVICE

I Hereby Certify that a true and Correct Copy of the fore-going was placed into a prison Official's hands for mailing via U.S. First Class Mail to: United States District Court, Middle District of Florida, Jacksonville Division, Office of the Clerk, 300 North Hogan Street, Suite 9-150, Jacksonvill, FL 32202, on this 2 day of August 2023...

S/ Corian Jones
Corian Jones DC#455651
Santa Rosa Correctional Institution
5850 E. Milton Road
Milton, FL 32583

11 of 11